NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**DELPHI CORPORATION, DELPHI AUTOMOTIVE SYSTEMS, LLC, DPH HOLDINGS CORPORATION, GENERAL MOTORS CORPORATION, GENERAL MOTORS COMPANY, LLC, GENERAL MOTORS LLC, FORD MOTOR COMPANY, VOLVO CARS OF NORTH AMERICA, INC., AND HYUNDAI MOTOR AMERICA,**
*Defendants-Appellees,*

AND

**NISSAN NORTH AMERICA, INC.,**
*Defendant-Appellee,*

AND

**MERCEDES-BENZ USA, LLC,**
*Defendant-Appellee,*

AND

**FUJI HEAVY INDUSTRIES USA, INC.,**
*Defendant-Appellee,*

AND

**MOTORS LIQUIDATION COMPANY,**
*Defendant.*

2011-1292

Appeal from the United States District Court for the Eastern District of Michigan in consolidated case nos. 08-CV-11048 and 10-CV-10647, Judge Robert H. Cleland.

## ON MOTION

## ORDER

Automotive Technologies International, Inc. moves for a 45-day extension of time, until July 21, 2011, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 1 9 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Andrew J. Kochanowski, Esq.
John R. Hutchins, Esq.
Paul Richard Steadman, Esq.
David M. Schnorrenberg, Esq.
Reginald J. Hill, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 9 2011

JAN HORBALY
CLERK